■ SHAWN M. BERGERON et al., Respondents, v WINDSONG MEDICAL PARK, LIMITED PARTNERSHIP, et al., Appellants. [629 NYS2d 708] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Koshian, J. (Appeal from Order of Supreme Court, Niagara County, Koshian, J.—Sum-

mary Judgment.) Present—Denman, P. J., Fallon, Wesley, Doerr and Balio, JJ.